United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OFFICERS FOR JUSTICE, et al.,

    Plaintiffs,

    v.

CIVIL SERVICE COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

SAN FRANCISCO POLICE OFFICERS ASSOCIATION,

    Intervenor.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
_____/

No. C 73-00657 CRB
No. C 77-2884  CRB

**ORDER**

    Now pending before the Court is defendant's administrative motion to consider whether Stockwell v. City and County of San Francisco, 08-5180-PJH, should be related to the much-earlier filed Officers for Justice matters.  Upon review of the papers and files, the

1  court concludes that <u>Stockwell</u> is *not* sufficiently related to warrant reassignment to this
2  Court.
3  **IT IS SO ORDERED.**



4  Dated: April 30, 2009
5  _____
   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE