1  VINCENT A. HARRINGTON, JR., Bar No. 071119
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Intervenor
   San Francisco Police Officers' Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICERS FOR JUSTICE, ET AL.<br><br>    Plaintiff,<br><br>v.<br><br>CIVIL SERVICE COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants,<br><br>SAN FRANCISCO POLICE OFFICERS' ASSOCIATION,<br><br>    Intervenor.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case Nos.  C73-0657 **CRB**<br>~~C73-0675-CAL~~<br>C77-2884-~~CAL~~<br>(Consolidated)<br><br>**SUBSTITUTION OF ATTORNEY** |

TO:     THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that the Intervenor San Francisco Police Officers' Association hereby substitutes as its attorney in the above-referenced matters:

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

SUBSTITUTION OF ATTORNEY
CASE NOS. C73-0675-CAL AND C77-2884-CAL (Consolidated)

1  Vincent A. Harrington
   Kerianne R. Steele
2  WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501
   Telephone: (510) 337-1001
4  Facsimile:  (510) 337-1023

5  in place of:

6  James A. Lassart
   Ropers, Majeski, Kohn & Bentley
7  A Professional Corporation
   201 Spear Street, Suite 1000
8  San Francisco, California 94105
   Telephone: (415) 543-4800

9

10
   Dated: 5-5-2009, 2009
11
                                                SAN FRANCISCO POLICE OFFICERS'
12                                              ASSOCIATION

13
                                                By: /s/ Gary Delagnes
14                                                  GARY DELAGNES
                                                    President
15

16 I consent to this substitution.

17 Dated: 5/30, 2009

                                                ROPERS, MAJESKI, KOHN & BENTLEY
18                                              A Professional Corporation

19
                                                By: /s/ James A. Lassart
20                                                  JAMES A. LASSART

21
   I accept this substitution.
22
   Dated: April 30, 2009
23
                                                WEINBERG, ROGER & ROSENFELD
24                                              A Professional Corporation

25
                                                By: /s/ Vincent A. Harrington, Jr.
26                                                  VINCENT A. HARRINGTON, JR.
                                                    Attorneys for Intervenor San Francisco Police
27                                                  Officers' Association

   121648/529203
28

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
SUBSTITUTION OF ATTORNEY
CASE NOS. C73-0675-CAL AND C77-2884-CAL (Consolidated)